STATE of Missouri, Respondent,

v.

Jovonnie PEEPLES, Appellant.

Jovonnie PEEPLES, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 66396, 67855.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 3, 1995.

Rosalynn Koch, Columbia, Office of the State Public Defender, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Jovonnie Peeples appeals conviction of Assault First Degree, § 565.050 RSMo 1986, and denial of his Rule 29.15 motion for post conviction relief without an evidentiary hearing. No legal error occurred, the state proved all elements of the crime. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no jurisprudential value. Judgments affirmed in accordance with Rule 30.25(b) and Rule 84.16(b).

■

Ervin McFERRIN, Defendant/Appellant,

v.

STATE of Missouri, Plaintiff/Respondent.

No. 67573.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 3, 1995.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).